[No. 10273–7–I.   Division One.   September 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID A. HUFFMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–00163–9, George H. Revelle, J., entered May 13, 1981. *Dismissed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Ringold, J.

[No. 10275–3–I.   Division One.   September 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARSHALL ANTHONY NOGUEIRA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–00162–1, George H. Revelle, J., entered May 13, 1981. *Dismissed in part* and *remanded* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Ringold, J.

[No. 9491–2–I.   Division One.   September 15, 1982.]

DICKE STRAND, *Appellant,* v. C. THOMAS MOSER, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 42005, Harry A. Follman, J., entered October 29, 1980. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by James and Callow, JJ.

[No. 9063–1–I.   Division One.   September 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. COLIN JOHN KILPATRICK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00800–1, Stephen M. Reilly, J., entered June 18, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., Ringold, J., dissenting.